

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE: ROSS R. RICKERSON     BK: 06-02902 B
        UNCLAIMED FUNDS

The funds belonging to the estate of the debtor named having been disbursed in accordance with applicable orders entered in the said cases, EXCEPT
CHECK # 15265 REFUND FOR $ 32.00 DATED 11-16-2010
TO ROSS RICKERSON, 45 BROADHEAD STREET, JAM,ESTOWN, NY 14701
and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 32.00
CHECK # 15444 FOR $ 32.00
           Representing unclaimed funds.

DATED: 4-5-2011

_____
ALBERT J. MOGAVERO
TRUSTEE

FILED
APR - 8 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

Case 1-06-02902-CLB   Doc 51   Filed 04/08/11   Entered 04/08/11 13:49:13   Desc Main
Document    Page 1 of 1